UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GANAS, LLC, | ) |
| | ) Case No. 2:10-cv-320 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SABRE HOLDINGS CORPORATION, | ) |
| et al., | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |

PLAINTIFF GANAS, LLC'S
CORPORATE DISCLOSURE STATEMENT

Plaintiff GANAS, LLC is a Texas limited liability company. GANAS, LLC has no parent corporation, and no publicly held company owns 10% or more of its stock.

Dated: August 25, 2010          Respectfully submitted,

/s/ Zachariah S. Harrington
Zachariah S. Harrington (lead attorney)
Texas Bar No. 24057886
zac@ahtlawfirm.com
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
ANTONELLI, HARRINGTON &
THOMPSON LLP
4200 Montrose Blvd., Ste. 430
Houston, TX 77006
(713) 581-3000

Attorneys for GANAS, LLC