# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| GANAS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SABRE HOLDINGS CORPORATION, et al.,<br><br>    Defendants. | CIVIL ACTION NO. 2:10-CV-320-DF<br><br>JURY TRIAL DEMANDED |

## DOCKET CONTROL ORDER

| STEP | ACTION | RULE | COUNTER DUE DATE |
|---|---|---|---|
| 1 | Initial Case Management Conference | Patent L.R. 2-1<br>FRCP 26(f) | **August 8, 2011** |
| 2 | Patentee serves Disclosure of Asserted Claims and Preliminary Infringement Contentions of a reasonable number of representative claims | Patent L.R. 3-1 | **September 16, 2011** |
| 3 | Patentee makes Document Production Accompanying Disclosure | Patent L.R. 3-2 | **September 16, 2011** |
| 4 | Initial Disclosures | FRCP 26(a)(1) | **August 22, 2011** |
| 5 | Accused Infringer serves Preliminary Invalidity Contentions | Patent L.R. 3-3 | **November 15, 2011** |

| | | | |
|---|---|---|---|
| 6 | Accused Infringer makes Document Production Accompanying Preliminary Invalidity Contentions | Patent L.R. 3-4 | **November 15, 2011** |
| 7 | All parties make Exchange of Proposed Terms and Claim Elements for Construction | Patent L.R. 4-1(a) | **November 29, 2011** |
| 8 | Patentee shall limit the number of asserted claims to no more than ten (10) and notify the accused infringer and Court | | **December 5, 2011** |
| 9 | All parties meet and confer to discuss list of Proposed Terms and Claim Elements for Construction | Patent L. R. 4-1(b) | **December 12, 2011** |
| 10 | Deadline for early mediation at the Parties' request | | **December 15, 2011, 2011** |
| 11 | All parties make Exchange of Preliminary Claim Constructions and Extrinsic Evidence | Patent L. R. 4-2 | **December 19, 2011** |
| 12 | All parties meet and confer to discuss Preliminary Claim Constructions and Extrinsic Evidence | Patent L. R. 4-2(c) | **January 5, 2012** |
| 13 | All parties jointly file Joint Claim Construction and Prehearing Statement | Patent L. R. 4-3 | **January 16, 2012** |

| | | | |
|---|---|---|---|
| 14 | Deadline to join other parties without leave of Court, which shall be at least 60 days before the deadline for filing dispositive motions | | **December 19, 2011** |
| 15 | Deadline to file amended pleadings without leave of Court, which shall be at least 30 days before the deadline for dispositive motions | | **November 12, 2012** |
| 16 | Completion of Claim Construction Discovery | Patent L. R. 4-4 | **January 18, 2012** |
| 17 | Patentee files opening claim construction brief | Patent L. R. 4-5(a) | **April 13, 2012** |
| 18 | Accused Infringer files responsive claim construction brief | Patent L. R. 4-5(b) | **April 27, 2012** |
| 19 | Patentee files reply brief on claim construction | Patent L. R. 4-5(c) | **May 4, 2012** |
| 20 | ONLY WITH LEAVE OF COURT Accused infringer files sur-reply brief on claim construction | | **May 11, 2012** |
| 21 | Parties file Joint Claim Construction Chart | Patent L. R. 4-5(d) | **May 25, 2012** |
| 22 | Pre-hearing Conference and technical tutorial if necessary | | **Jun 7, 2012** |
| 23 | Claim Construction Hearing | Patent L. R. 4-6 | **June 8, 2012** |

| 24 | Court's Claim Construction Ruling | | |
|---|---|---|---|
| 25 | Patentee makes Final Infringement Contentions | Patent L. R. 3-6(a) | |
| 26 | Accused Infringer serves Preliminary Unenforceability Contentions | | |
| 27 | Accused Infringer makes Document Production Accompanying Preliminary Unenforceability Contentions | | |
| 28 | Accused Infringer makes Final Invalidity Contentions | Patent L.R. 3-6(b) | |
| 29 | Accused Infringer makes disclosure relating to willfulness | Patent L.R. 3-8 | |
| 30 | Accused Infringer makes Final Unenforceability Contentions | | |
| 31 | Deadline for completion of all fact discovery, which shall be at least 90 days before the final pretrial conference | | |
| 32 | Deadline for disclosure of expert testimony on issues for which a party bears the burden of proof | FRCP 26(a)(2)<br>L.R. CV-26(b) | |

| | | | |
|---|---|---|---|
| 33 | Deadline for disclosure of rebuttal expert testimony | FRCP 26(a)(2) L.R. CV-26(b) | |
| 34 | Deadline for late mediation at the Parties' request | | **November 30, 2012** |
| 35 | Deadline for completion of expert discovery | | **November 30, 2012** |
| 36 | Deadline for objections to other parties' expert witnesses | | **December 7, 2012** |
| 37 | Deadline for filing dispositive motions, including motions on invalidity and unenforceability, which shall be at least 60 days before the final pretrial conference | | **December 12, 2012** |
| 38 | Deadline for filing all *Daubert* motions | | **December 12, 2012** |
| 39 | Deadline for parties to make pretrial disclosures | FRCP 26(a)(3) | **January 16, 2013** |
| 40 | Patentee to provide to other parties its information for Joint Final Pretrial Order, Proposed Jury Instruction and Verdict Form | | **January 16, 2013** |
| 41 | Defendant and Third parties to Provide to Patentee their information for Joint Final Pretrial Order, Proposed Jury Instruction and Verdict Form | | **January 30, 2013** |

| 42 | Parties to file Proposed Joint Final Pretrial Order, Proposed Jury Instructions, Joint Verdict Forms and Motions in Limine. Prior to initial pretrial conference, parties shall confer with each other regarding the other party's Motion in Limine, deposition designations, and exhibit and shall submit to the Court in writing any objections they may have to the other party's Motions in Limine, deposition designations, and exhibits. | | **February 8, 2013** |
|---|---|---|---|
| 43 | Initial Pretrial Conference and hearing on Motions in Limine if required and hearing on objections to deposition designations and exhibits | | |
| 44 | Final Pretrial Conference before Judge David Folsom | | **March 1, 2013** |
| 45 | Jury Selection before Judge David Folsom | | |

**SIGNED this 9th day of August, 2011.**

---
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE