**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| GANAS, LLC<br><br>Plaintiff<br><br>v.<br><br>SABRE HOLDINGS CORP.,<br>ET AL.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:10-CV-320-DF<br><br><br><br><br>JURY TRIAL DEMANDED |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Ganas, LLC ("Ganas") and Defendant DISH DBS Corp. ("DEFENDANT") file this Stipulation of Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii). Ganas and DEFENDANT stipulate that:

1. Ganas consents to dismissal with prejudice of all of its claims against DEFENDANT in this suit.

2. DEFENDANT consents to dismissal with prejudice of all of its claims against Ganas in this suit.

3. Ganas and DEFENDANT shall each bear their own attorney fees and costs incurred in connection with this action.

Dated: January 20, 2012

Respectfully submitted,

/s/ Zachariah S. Harrington
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
ANTONELLI, HARRINGTON & THOMPSON LLP
4200 Montrose Blvd., Suite 430
Houston, TX 77006
(713) 581-3000
(713) 581-3020 fax

*Attorneys for Ganas, LLC*

By: /s/ Scott F. Llewellyn
Scott F. Llewellyn (*pro hac vice*)
MORRISON & FOERSTER LLP
5200 Republic Plaza
370 Seventeenth Street
Denver, Colorado 80202-5638
Telephone: 303.592.1500
Facsimile: 303.592.1510
Email: SLlewellyn@mofo.com

Otis Carroll
Attorney-in-Charge
State Bar No. 3895700
Deborah J. Race
State Bar No. 16448700
IRELAND, CARROLL & KELLEY, PC
6101 S. Broadway, Suite 500
Tyler, TX 75703
Telephone: (903) 561-1600
Facsimile: (903) 561-1071
E-mail: Fedserv@icklaw.com

*Attorneys for Defendants DISH DBS Corporation*

## CERTIFICATE OF SERVICE

I certify that on the 12th day of January, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/Zachariah S. Harrington
Zachariah S. Harrington